**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DIGI PORTAL LLC,** | C.A. No. _____ |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **SUNBELT RENTALS, INC.,** | **PATENT CASE** |
| Defendant. | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Digi Portal LLC files this Original Complaint for Patent Infringement against Sunbelt Rentals, Inc. and would respectfully show the Court as follows:

### I.  THE PARTIES

1.      Plaintiff Digi Portal LLC ("Digi Portal" or "Plaintiff") is a Texas limited liability company with a place of business 4757 W. Park Blvd, Ste 113-1003, Plano, TX 75093.

2.      On information and belief, Defendant Sunbelt Rentals, Inc. ("Defendant") has places of business at 453 Pulaski Hwy, New Castle, DE 19720, 3120 New Castle Ave, New Castle, DE 19720, 200 Happy Ln, Newark, DE 19711, 3128 New Castle Ave, New Castle, DE 19720, 724 S West St, Dover, DE 19904, and 36412 Sussex Hwy, Delmar, DE 19940. Defendant has a registered agent at The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

### II.  JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Delaware Long-Arm Statute, due at least to its business in this forum, including at 453 Pulaski Hwy, New Castle, DE 19720, 3120 New Castle Ave, New Castle, DE 19720, 200 Happy Ln, Newark, DE 19711, 3128 New Castle Ave, New Castle, DE 19720, 724 S West St, Dover, DE 19904, and 36412 Sussex Hwy, Delmar, DE 19940.

5.      Without limitation, on information and belief, within this state, Defendant has used the patented inventions thereby committing, and continuing to commit, acts of patent infringement alleged herein.  In addition, on information and belief, Defendant has derived revenues from its infringing acts occurring within Delaware.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Delaware.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Delaware.  Defendant has committed such purposeful acts and/or transactions in Delaware such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

6.      Venue is proper in this district under 28 U.S.C. § 1400(b). On information and belief, Defendant has businesses in this district at 453 Pulaski Hwy, New Castle, DE 19720, 3120 New Castle Ave, New Castle, DE 19720, 200 Happy Ln, Newark, DE 19711, 3128 New Castle Ave, New Castle, DE 19720, 724 S West St, Dover, DE 19904, and 36412 Sussex Hwy, Delmar, DE 19940.  On information and belief, from and within this District Defendant has committed at least a portion of the infringements at issue in this case.

7.      For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.   COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 5,983,227)

8.      Plaintiff incorporates the above paragraphs herein by reference.

9.      On January 8, 2013, United States Patent No. 5,983,227 ("the '227 Patent") was duly and legally issued by the United States Patent and Trademark Office.  The '227 Patent is titled "Dynamic Page Generator."  The '227 patent is not subject to a terminal disclaimer.  (Ex. A). A true and correct copy of the '227 Patent is attached hereto as Exhibit A and incorporated herein by reference.

10.     Digi Portal is the assignee of all right, title and interest in the '227 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '227 Patent.  Accordingly, Digi Portal possesses the exclusive right and standing to prosecute the present action for infringement of the '227 Patent by Defendant.

11.     The application leading to the '227 patent is U.S. application Ser. No. 08/873,975, filed Jun. 12, 1997.  (Ex. A at cover).  The '227 patent was first assigned to Yahoo! Inc.   (*Id.*).

12.     The invention in the '227 Patent relates to the field of customized information presentation on the web; more specifically, providing customized pages that are quickly served and scalable to handle many users simultaneously.  (*Id.* at col. 1:14-18).

13.     Web servers for serving static web pages were well known in the global Internet.  (*Id.* at col. 1:19-20).   Such static web pages are useful in many applications whether the information presented to each requesting user is the same.  (*Id.* at col. 1:20-22).  However, some applications require customization to appeal to users.  (*Id.* at col. 1:23-24).   One example is presenting news to users.  (*Id.* at col. 1:24-26).  When static pages are used, a user will often have

to scroll through many topics not of interest to that user to get to the information of interest.  (*Id.* at col. 1:26-28).  However, when presenting news to users, customized web pages present news that is more relevant to the requesting user than static pages because the information is filtered according to each user's interest.  (*Id.* at col. 1:24-26, 28-29).

14.     Customizing a server response based on the requester is known; however, known systems do not scale well.  (*Id.* at col. 1:30-31).  One method of serving custom pages is to execute a script, such as a Common Gateway Interface (CGI) script or other program to collect the information necessary to generate the custom page.  (*Id.* at col. 1:31-35).  For example, if the custom page is a news page containing stock quotes, sports scores and weather, the script might poll a quote server to obtain the quotes of interest, poll a sports score server to obtain the scores of interest and poll a weather server to obtain the weather.  (*Id.* at col. 1:35-39).  With this information, the server generates the custom page and returns it to the user. (*Id.* at col. 1:39-41). This approach is only useful where there are not many requesters and where the attendant delay associated with polling various servers to obtain the requested information is acceptable to users. (*Id.* at col. 1:41-43).  Growing impatience with waiting will turn users away from such servers, especially as use increases.  (*Id.* at col. 1:43-46).

15.     One approach that was used in the prior art to avoid long waits is to transfer the custom information in non-real-time, so that the information is stored local to the user as it arrives and is presented to the user on request.  (*Id.* at col. 1:47-50).  A disadvantage of such a system is that the networks used by the user become clogged with data continually streaming to the user and require large amounts of local storage.  (*Id.* at col. 1:50-53).  Another disadvantage is that the locally stored information will become out of date as the server receives new data.  (*Id.* at col. 1:53-55).

16.     The inventors therefore recognized that there was a need to dynamically generate customized pages in an unconventional manner that solved the technical problems in the prior art of long transfer times to obtain the requested information or having to rely on continually transferring custom information in non-real time which can clog the data network in addition to providing outdated information.  (*Id.* at col. 1:30-57).

17.     The following is a discussion of non-limiting examples of the claimed invention discussed in the specification of the '227 patent.  The '227 patent provides a non-limiting exemplary diagram of the generation of a custom page for a user, using a front-page generator (200) and page server (104) (*Id.* at col. 3:49-51):



(Ex. A at Fig. 2).  Front page generator (200) generates a user template (202) from a global front page template (204) and a user configuration record (206).  (*Id.* at col. 3:49-51).  A non-limiting example of a global front page template is provided in the '227 patent:



(Ex. A at Fig. 3).  The global user template (204) is an HTML (HyperText Markup Language) document with additional tags as placeholders for live data.  (*Id.* at col. 5:8-11).  Several place holders (302) are show in the code.  (*Id.* at col. 5:11).

18.    A user configuration record (206) is a record selected from user configuration database (116).  (*Id.* at col. 3:54-55).  User configuration information includes user demographic information, such as sex, age, location, stock quotes, favorite sports teams, news topics, etc.  (*Id.*

at col. 2:5-8, col. 5:39-42, col. 6:38-40, 48-50, 56-59).  The user configuration information in the example may not change until the user changes his or her preferences.  (*Id.* at col. 5:26-28).

    19.    The '227 patent provides an illustration of a user template (202) as might be generated from global user template (204) and a user configuration record (206):

```
                                        ╱202
   <!-- timezone:-8,PT 0 -->
   <!-- ad:M,85,95035,T,* 792 -->
   <!-- portfolio:Quotes,pf_1,1,^DJI,^NYA,^IXIC,^SPX,^XAX,YHOO,NSCP,IOM,NSCP,YHOO
   2836 -->
   <!--
404│ scoreboard:NCAAFSSC,NHLSAN,MLSSAN,NCAAFSSS,ALOAK,NBAGSW,NFLOAK,NCAAFCCD,NFLSFO
   ,NLSFO 3803 -->
   <!-- weather:f,30901,uk_londo,94601,95101 4368 -->
   <!--
   mode_bar:"FRONT_PAGE",.hier=News+Summary%3aEdit&.done=http://my.yahoo.com/news
   /summary2:3,rt,rw,z0000,mlb,re,vf 4597 -->
   <!-- motd:us_motn.html 4696 -->
   <html>
   <head>
   <title>My Yahoo! news summary for ash802</title>
   </head>
   <body>

   ...

   </body>
   </html>
```

(Ex. A at Fig. 4).  The user template is unique because it is built based on user demographic information provided by the user, as opposed to generically chosen dynamic information or based on information provided by the server.  Exemplary demographic information is shown in line 2 of Fig. 4 (":M,85,95035,T,*") indicating that the user is a male, age 85, located in zip code 95035, etc.  (*Id.* at col. 5:34-38).  The '227 patent includes a full listing of the non-limiting exemplary user template of Fig. 4 in Appendix A.  (Ex. A at col. 2:45-46; col. 5:14-15).

Listing of a User Template

```
<!-- timezone: -8,PT 0 -->
<!-- ad:M,85,95035,T,* 792 -->
<!--
portfolio:Quotes,pf__1,1, `DJI, `NYA, `IXIC, `SPX, `XAX,YHOO,NSCP,IOM,NSCP,YHOO
2836 -->
<!--
scoreboard:NCAAFSSC,NHLSAN,MLSSAN,NCAAFSSS,ALOAK,NBAGSW,NFLOAK,NCAAFCCD,NF
LSFO,NLSFO 3803 -->
<!-- weather:f,30901,uk__londo,94601,95101 4368 - - >
<!--
mode__bar:"FRONT__PAGE1",,hier=News+Summary%3sEdit&.done=http://my.yahoo.com/
news/summary.html?v 4538 -->
<!-- summary2:3,rt,rw,z0000,mlb,re,vf 4597 -->
<!-- motd:us__motn.html 4696 -->
<html>
<head>
<title>My Yahoo!news summary for ash802</title>
</head>
<body>


<center>
<map name="top"><area shape=rect coords="0,0,45,66"
href="/news/summary.html?v"><area shape=rect coords="45,0,90,66"
href="/internet/directory.html?v"><area shape=rect coords="90,0,135,66"
href="/contacts/white__pages.html?v"><area shape=rect coords="135,0,346,66"
href="/?myHome"><area shape=rect coords="346,0,389,66"
href="/help/news/summary.html"><area shape=rect coords="389,0,431,66"
href="http://edit.my.yahoo.com/config/eval__profile"><area shape=rect
coords="431,0,477,66" href="http://edit.my.yahoo.com/config/toffly">
</map>
<center><a href="/bin/top__menu"><img border=0 height=62 width=477 ismap
usemap="#top" src="http://www.yahoo.com/images/my/banner/news1.gif"
alt="My Yahoo!"></a></center>

<p>
<center><form action="http://search.my.yahoo.com/search/my"> <font
size="-2">[ <a
href="http://edit.my.yahoo.com/config/set__attr?attr=sloc&value=b&.done=htt
p://my.yahoo.com/news/summary.html?v">move to bottom</a> ] </font><input
size=25 name=p> <font size="-1">  <input type=submit
value=Search><input type=hidden name=n value="25">   <a
href="http://search.my.yahoo.com/search/my/options">Options</a></font></fo
rm></center><p>
<center>
<table border=0 cellspacing=0 cellpadding=2>
<tr>
<td align=center><font
color="#000000"><b>Sections:</b>  </font></td>
<td align=center bgcolor="#dcdcdc"><font
color="#000000"><b>Front Page</b></font></td>
<td> | </td>
<td align=center><a href="/news/business/summary.html?v">Business</a></td>
<td> | </td>
<td align=center><a
href="/news/portfolio__summary.html?v">Portfolios</a></td>
<td> | </td>
<td align=center><a
href="/news/entertainment/summary.html?v">Entertainment</a></td>
<td> | </td>
<td align=center><a href="/news/sports/summary.html?v">Sports</a></td>
<td> | </td>
<td align=center><a
href="/news/technology/summary.html?v">Technology</a></td>
</tr>
</table>
</center>
</center>
<table border=1 cellpadding=4 cellspacing=0 width="100%">
<tr><td align=center valign=top width="1%">
<a
href="http://edit.my.yahoo.com/config/eval__left?mode=left__nsum&.done=http%
3a%2f%2fmy%2eyahoo%2ecom%2fnews%2fsummary%2ehtml%3fv"><img border=0
src="http://www.yahoo.com/images/my/left.gif"alt="edit left"></a>
<table border=0 cellpadding=1 cellspacing=0 width="100%">
<tr bgcolor="#dcdcdc"><td colspan=4 width="100%"><table border=0
cellpadding=2 cellspacing=0 width="100%"><tr><td width="100%"><b><font
size="+1">P<font size="+0">ORTFOLIOS</font></font></b></td></td><td
```

```
align=right><a
href="http://edit.my.yahoo.com/config/eval_quotes?.done=http://my.yahoo.co
m/news/summary.html?v"><img align=absmiddle border=0 height=13 width=25
src="http://www.yahoo.com/images/my/personalize.gif"
alt="edit"></a></td></tr></table></td></tr>
<tr><td align=center colspan=4><form method=get
action="http://quote.yahoo.com/quotes"><font size="-1"><input type=text
size=10 name=symbols><input type=submit value="Get Quotes"><br><font
size="0">quotes delayed 20 minutes - <a
href="/fin_disclaimer.html">disclaimer</a><br>click on symbol for detailed
quote + news<br><b>*</b> indicates new news during last
24hrs<font></form></td></tr></table>
<hr size=0><table border=0 cellpadding=1 cellspacing=0 width="100%">
<tr bgcolor="#dcdcdc"><td colspan=5 width="100%"><table border=0
cellpadding=2 cellspacing=0 width="100%"><tr><td width="100%"><a
href="/sum/?http://sports.yahoo.com/"><b><font size="+1">S<font
size="+0">COREBOARD</font></font></b></a></td><td align=right><a
href="http://edit.my.yaho9.com/config/set_sports?.done=http://my.yahoo.com
/news/summary.html?y"><img align=absmiddle border=0 height=13 width=25
src="http://www.yahoo.com/images/my/personalize.gif"
alt="edit"></a></td></tr></table></td></tr>

<hr size=0><table border=0 cellpadding=2 cellspacing=0 width="100%">
<tr bgcolor="#dcdcdc"><td colspan=3 width="100%"><table border=0
cellpadding=2 cellspacing=0 width="100%"><tr><td width="100%"><a
href="/my/?http://weather.yahoo.com/"><b><font size="+1">W<font
size="+0">EATHER</font></font></b></a></td><td align=right><a
href="http://edit.my.yahoo.com/config/set_wni?.done=http://my.yahoo.com/ne
ws/summary.html?v"><img align=absmiddle border=0 height=13 width=25
src="http://www.yahoo.com/images/my/personalize.gif"
alt="edit"></a></td></tr></table></td></tr>
<tr><td align=center colspan=3><font size=0>click on city for extended
forecast</font></td></tr>
</table>

<hr size=0>
<p></td>
<td align=center valign=top width="100%">

<table border=1 cellpadding=2 cellspacing=0 width="100%">
</table>

</td></tr>
</table>

<center>
<table border=1 cellpadding=2 cellspacing=0 width="100%">

</table>
</center>

<p>
<hr>
<center>
<table border=0 cellpadding=0 cellspacing=0 width="100%">
<tr>
<td align=left valign=top><table border=0 cellpadding=0 cellspacing=0>
<tr><td align=left valign=bottom><a href="/my/?http://www.yahoo.com/"><img
border=0 height=47 width=84 src="http://www.yahoo.com/images/my/yahoo.gif"
alt="Yahoo!"></a></td>
<td>   </td>
<td align=left valign=bottom width="100%"><font size="-1"><i>Copyright
&copy; 1994-1997 Yahoo! Inc. All rights reserved.</i><br>Portions
copyright &copy; 1997 Reuters Ltd. All rights reserved.<br>
Portions copyright &copy; 1997 SportsTicker Enterprises LP. All rights
reserved.<br>
Portions copyright &copy; 1997 Weathernews Inc. All rights reserved.<br>
Portions copyright &copy; 1997 Business Wire. All rights reserved.<br>
Portions copyright &copy; 1997 PR Newswire. All rights reserved.<br>
Questions, comments, or suggestions? Send us <a
href="http://my.yahoo.com/feedback.html">feedback</a>.</font></td>
<tr>
</table>
</tp>
<td>   </td>
<td align=right><a href="/bin/logout_menu"><img border=0 height=68
width=100 ismap usemap="#logout"
```

```
src="http://www.yahoo.com/images/my/logout.gif" alt="Change
User"></a></td>
</tr>
</table>
</center>
<map name=logout>
<area coords="0,0,50,68" href="/my/?http://www.yahoo.com/">
<area coords="51,0,100,68"
href="http://edit.my.yahoo.com/config/login?logout=1">
</map>

</body>
</html>
```

(Ex. A at col. 7-11).

20.     As shown in Fig. 2 of the '227 patent, the user template does not need to be generated each time and instead can be generated and stored.  (*Id.* at col. 4:40-43, col. 5:15-24). One benefit of the claimed invention that speeds up the operation of the dynamic page generation is that the page can be stored in multiple locations that are based on the frequency by which the user requests the customized page based on the user template.  (*Id.* at col. 5:30-31, col. 6:52-63). Some users might choose to access their user page infrequently, while others might choose to access their front page hourly.  (*Id.* at col. 6:56-59).  For infrequent users, the user template is stored in a user configuration database, whereas for frequent users the user template may also be stored in cache. (*Id.* at col. 5:30-31, col. 6:52-63).  Caching reduces the time to respond to a request for a page and is more effective where the typical user makes several requests in a short time span and then doesn't make any requests for a long period of time.  (*Id.* at col. 5:22-24).

21.     When the user template stored in cache, it may be stored long enough to be reused and may also be flushed from cache if the user page has been inactive for several days.  (*Id.* at col. 6:52-55, 63-65).  Even if it is flushed from cache, the user template can be maintained in the user configuration database, which can then be quickly accessed and stored in cache in the event a user may start to access the user page quickly.  (*Id.*).

22.     The custom user page can also include an advertisement that is selected based on the user demographic information.  (*Id.* at col. 5:34-38).  For example, using the demographic information ":M,85,95035,T,*", an advertisement can be selected that is targeted for a male user, age 85, located in zip code 95035, etc.  (*Id.* at col. 5:34-38).

23.     Appendix B of the '227 patent is an HTML source code listing of an HTML page created from an executed user template that is used to generate a user customized browser web page.  (*Id.* at col. 11 – col. 19).

24.     As explained the '227 patent, there are unconventional and non-generic features of the claimed invention which are technical improvements that make the generation of dynamic web pages quicker, more efficient, and use less resources.  By storing the user customized template program in two locations in which the location is determined by frequency, the system is more efficient and allows for a quicker response than the prior art.  For example, by storing the user customized template in user configuration database and in cache, the dynamic generation of a user customized web page is more efficient and uses less resources of the server, database, and network, and allows for a quicker generation of the dynamic web page thereby allowing the server to scale in order to handle substantially more requests for user customized dynamic web pages.  (*See id.* at col. 1:30-55, col. 4:40-col. 5:7, col. 5:15-24).  Furthermore, by caching the user template, the page can be generated entirely within a page server, thus conserving network and database resources. (*See id.* at col. 4:1-2, col. 5:15-24).  By also storing the user customized template in a user configuration database, even if the cache is cleared, the template already exists in the database which then prevents having to regenerate a new user customized page from a global page template using a user configuration record thus saving database and server resources and more quickly

generating the requested web page from the user customized template.  (*E.g., id.* at col. 3:37-39, col. 4:1-11, 49-62).

25.    Furthermore, as show in the prosecution history of the '227 Patent, it was unconventional to download real-time information into a server and use a template for the static data as opposed to linking directly to real-time information.  (Ex. B at 5, Ex. C at 2).

26.    The patents related to the '227 patent and sharing the same specification were cited during the prosecution history of over 700 patents, including patents and applications owned by companies including Google, Inc., Microsoft Corporation, Amazon Technologies, Inc., Facebook, Inc., Ebay, Inc., Salesforce.com, Inc., IBM Corporation, Oracle International Corporation, Comcast Cable Communications, LLC, SAP AG, Citrix Systems, Inc., BEA Systems, Inc., Sprint Communications Company L.P., Siemens AG, AT&T Intellectual Property I, L.P., Hewlett-Packard Development Company, L.P., Fujitsu Limited, AOL LLC, General Electric Company, Accenture LLP, Adobe Systems Inc., Sony Computer Entertainment Inc., and Akamai Technologies,                Inc.                (*See*            http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=0&f=S&l=50&TERM1=5983227&FIELD1=UREF&co1=AND&TERM2=&FIELD2=&d=PTXT).

27.    **Direct Infringement.**  Upon information and belief, Defendant has been directly infringing at least claim 2 of the '227 patent in Delaware, and elsewhere in the United States, by performing actions comprising using or performing the claimed method of providing real-time responses to user requests for customized pages, including without limitation through the method implemented of providing a user's sunbeltrentals.com page ("Accused Instrumentality"). (*E.g.,* https://www.sunbeltrentals.com/).

28.     The Accused Instrumentality uses a page server (*e.g.*, a sunbeltrentals.com server) that provides real-time responses (*e.g.*, generating user-specific customized web pages in real-time) in response to user requests for customized pages as shown below. At the very least, the sunbeltrentals.com server will respond to a user's request for a webpage by providing a generic template which may be subsequently modified at a user's browser. In at least testing and usage, the Accused Instrumentality practices a method for receiving a user request (*e.g.*, a user login request, search initiation, etc.) for a customized page (*e.g.*, a user's customized home and search pages on the sunbeltrentals.com).



(*E.g.*, https://www.sunbeltrentals.com/).



(*E.g.*, https://web.archive.org/web/20160624002458/https://www.sunbeltrentals.com/).



(*E.g.*, https://web.archive.org/web/20161012144826/https://www.sunbeltrentals.com/locations/).



(*E.g.*, https://www.sunbeltrentals.com/locations/).

29.    The Accused Instrumentality obtains user preferences (*e.g.,* state, city, zip, or store names), wherein a user's preferences indicate items of interest to that user (*e.g.*, preferences set by user for store search).



(*E.g.*, https://web.archive.org/web/20160624002458/https://www.sunbeltrentals.com/).



(*E.g.*, https://web.archive.org/web/20161012144826/https://www.sunbeltrentals.com/locations/).



(*E.g.*, https://www.sunbeltrentals.com/locations/).





(*E.g.*, https://www.sunbeltrentals.com/locations/).

30.     On information and belief, the Accused Instrumentality obtains real-time information from information sources (*e.g.*, currently available store information obtained from various information sources such as a multitude of databases); and stores the real-time information in a storage device (*e.g.*, currently available store information will be pulled from an information source and stored, at least temporarily, on the sunbeltrentals.com web/API server and/or user's computer). The code below shows sunbeltrentals.com pulling store information from information sources.





(*E.g.*, https://www.sunbeltrentals.com/locations/).

(*E.g.*, https://www.sunbeltrentals.com/locations/).

   31. The Accused Instrumentality combines the user preferences (*e.g.,* user preferences include preferences tied to a user's account which are pulled upon user login and the search terms inputted by a user such as preferences set by user for store search) for the user and a template (*e.g.,* a generic webpage template) to form a template program specific to a user (*e.g.,* following a user's login, a user specific template will be used to create customized pages for user that display user-specific information such as the user's name and search results). As shown below,

sunbeltrentals.com uses a generic template to define how the webpage should generally be laid out and displayed. Sunbeltrentals.com will then combine the template with customized data pulled based upon a user's search inputs and user login in order to create a template program executable by a user's browser, so that the customized webpage can be displayed to the user.



(*E.g.*, https://www.sunbeltrentals.com/).





(*E.g.*, https://www.sunbeltrentals.com/locations/).



(*E.g.*, https://www.sunbeltrentals.com/locations/).

(*E.g.*, https://www.sunbeltrentals.com/locations/).

32.     On information and belief, the Accused Instrumentality receives, from a user and at the server, a user request for a customized page customized according to the user preferences (*e.g.* a user will request a customized page by logging in and by inputting search parameters; this request will be received at the sunbeltrentals.com web server).



(*E.g.*, https://www.sunbeltrentals.com/).



(*E.g.*, https://web.archive.org/web/20160624002458/https://www.sunbeltrentals.com/).



(*E.g.*, https://web.archive.org/web/20161012144826/https://www.sunbeltrentals.com/locations/).



(*E.g.*, https://www.sunbeltrentals.com/locations/).





(*E.g.,* https://www.sunbeltrentals.com/locations/).

33.     The Accused Instrumentality executes the template program (*e.g.,* the code for the website which includes code that defines the general layout of the webpage, and defines customized information to be displayed such as a user's name, and other pieces of real-time information, such as store availability, gathered from information source using various APIs and scripts) specific to the user (*e.g.,* the webpage is catered towards the user's search queries and displays customized content such as the user's name) using real-time information stored in the storage device (*e.g.,* store availability will be gathered from information source using an API and/or scripts, and stored, at least temporarily, on a sunbeltrentals.com web server and/or user's computer) as input to the template program to generate the customized page (*e.g.,* the store availability will be gathered and combined with a webpage template to create the entire webpage). As shown below, sunbeltrentals.com uses a generic template to define how the webpage should generally be laid out and displayed. Sunbeltrentals.com will then combine the template with customized data pulled based upon a user's search inputs and user login in order to create a

24

template program executable by a user's browser, so that a customized webpage can be displayed to the user.





(*E.g.*, https://www.sunbeltrentals.com/locations/).



(*E.g.*, https://www.sunbeltrentals.com/).





(*E.g.*, https://www.sunbeltrentals.com/locations/).



(*E.g.*, https://www.sunbeltrentals.com/locations/).





(*E.g.*, https://www.sunbeltrentals.com/locations/).

(*E.g.*, https://www.sunbeltrentals.com/locations/).

34.    The Accused Instrumentality provides the user with the customized page (*e.g.* a webpage showing store that meet a user's search requirements and which displays user specific content such as the user's name) wherein the steps of executing and providing are performed in real-time response to the receipt of the user request in the step of receiving (*e.g.* webpages are created and delivered in real-time as the result of a user login and/or search initiation) wherein the customized page includes at least one item of real-time information selected from the storage device (*e.g.* current store availability).



(*E.g.*, https://www.sunbeltrentals.com/).



(*E.g.*, https://web.archive.org/web/20160624002458/https://www.sunbeltrentals.com/).



(*E.g.*, https://web.archive.org/web/20161012144826/https://www.sunbeltrentals.com/locations/).



(*E.g.*, https://www.sunbeltrentals.com/locations/).





(*E.g.*, https://www.sunbeltrentals.com/locations/).

35.     Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '227 patent, *i.e.*, in an amount that by law cannot

be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

36.     On information and belief, Defendant has had at least constructive notice of the '227 patent by operation of law, and there are no marking requirements that have not been complied with.

### IV.   COUNT II
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 9,626,342)

37.     Plaintiff incorporates the above paragraphs herein by reference.

38.     On April 18, 2017, United States Patent No. 9,626,342 ("the '342 Patent") was duly and legally issued by the United States Patent and Trademark Office.  The '342 Patent is titled "Dynamic Page Generator." The '342 patent is not subject to a terminal disclaimer and its term is extended under 35 U.S.C. 154(b) by 891 days.  (Ex. D). A true and correct copy of the '342 Patent is attached hereto as Exhibit D and incorporated herein by reference.

39.     Digi Portal is the assignee of all right, title and interest in the '342 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '342 patent.  Accordingly, Digi Portal possesses the exclusive right and standing to prosecute the present action for infringement of the '342 patent by Defendant.

40.     The application leading to the '342 patent was filed December 21, 2012, as a continuation of application no. 11/842,095, which was a continuation of application no. 11/656,636, which is a continuation of 09/393,718, which was a continuation of application no. 08/873,975, which issued as the '227 patent.  (Ex. A at cover).

41.     The invention in the '342 patent relates to the field of customized information presentation on the web; more specifically, providing customized pages that are quickly served and scalable to handle many users simultaneously.  (*Id.* at col. 1:33-37).

31

42.     The '342 patent shares the identical specification as the '227 patent and therefore Digi Portal incorporates the background and discussion of the invention in Paragraphs 13-24.

43.     **Direct Infringement.**   Upon information and belief, Defendant has been directly infringing at least claims 1 and 7 of the '342 patent in Delaware, and elsewhere in the United States, by performing actions comprising performing the claimed method steps, including without limitation through the method implemented of providing a user's https://www.sunbeltrentals.com/ page ("Accused Instrumentality").   In at least testing and usage, the Accused Instrumentality practices a method for receiving a user request (*e.g.*, a user login request, search initiation, etc.) for a customized page (*e.g.*, a user's customized home and search pages on the sunbeltrentals.com). (*E.g.,* https://www.sunbeltrentals.com/).



(*E.g.,* https://web.archive.org/web/20160624002458/https://www.sunbeltrentals.com/).



(*E.g.*, https://www.sunbeltrentals.com/login/).

(*E.g.,* https://www.sunbeltrentals.com/).

44.    On information and belief, the Accused Instrumentality generates, via at least on

server computer (*e.g.,* sunbeltrentals.com servers), a template program unique to the user (*e.g.,* a

template program will be unique to a user because it is composed of instruction, code, and data

that is processed/executed to create a webpage customized to a user (*e.g.,* after a user logs in, the

pages displayed to the user will show the user's name); sunbeltrentals.com server provides at least a portion of the unique template program, such as a generic template containing JavaScript and other code that executes at a user's computer to create a customized webpage), the template program being used to form the user's customized web page (*e.g.,* a webpage with customized content such as the display of a user's name, and store search results) , wherein the template program is generated using customization information unique to the user (*e.g.,* user account preferences/data and user search parameters) and a global template that is generic to a plurality of users (*e.g.,* a generic template that dictates web page layout). The Accused Instrumentality combines the user customization information (*e.g.,* preferences tied to a user account that is logged in, and the search terms inputted by a user such as preferences set by user for store search) for the user and a generic template (*e.g.,* a generic webpage template) to form a template program specific to a user (*e.g.,* the code for the entire webpage that utilizes a generic template in combination with preferences tied to a logged in user account and a user's inputted search terms to create a customized webpage for display). As shown below, sunbeltrentals.com uses a generic template to define how the webpage should generally be laid out and displayed. Sunbeltrentals.com will then combine the template with customized data pulled based upon a user's search inputs and preferences tied to a logged in user account in order to create a template program executable by a user's browser, so that the customized webpage can be displayed to the user.



(*E.g.,* https://web.archive.org/web/20160624002458/https://www.sunbeltrentals.com/).



(*E.g.,* https://www.sunbeltrentals.com/login/).



(*E.g.*, https://www.sunbeltrentals.com/).





(*E.g.*, https://www.sunbeltrentals.com/locations/).



(*E.g.*, https://www.sunbeltrentals.com/locations/).

(*E.g.*, https://www.sunbeltrentals.com/locations/).



(*E.g.*, https://web.archive.org/web/20160624002458/https://www.sunbeltrentals.com/).



(*E.g.*, https://www.sunbeltrentals.com/login/).



(*E.g.,* https://www.sunbeltrentals.com/).



(*E.g.,* https://www.sunbeltrentals.com/locations/).

45.     In at least testing and usage, the Accused Instrumentality executes via the at least one server computer (*e.g.,* a sunbeltrentals.com server or sunbeltrentals.com controlled server) the user's template program (*e.g.,* a template program is composed of instructions, code and data used to create a user webpage (*e.g.,* after a user logs in, the pages displayed to the user will show the user's name); the sunbeltrentals.com server provides a generic template that can be customized to a user, additionally, sunbeltrentals.com servers will provide content that corresponds to a user's request/preferences; thus, although the final webpage may be created on a user's computer via their browser, sunbeltrentals.com servers are involved in the execution process of the template program used to create said webpage) to generate the user's customized web page (*e.g.,* store search results page displayed with other customized info such as a user's name), the user's customized web page including real-time information selected for the user's customized web page based on customization information unique to the user (*e.g.,* store availability information will be gathered based upon a user's search parameters). As shown below, sunbeltrentals.com uses an API and or script to gather store information from information sources in real time.



(*E.g.,* https://web.archive.org/web/20160624002458/https://www.sunbeltrentals.com/).

# SIGN IN

## EMAIL ADDRESS

Email Address

☐  Remember my email address.

## PASSWORD

Password

Did you forget your **password?**

**SIGN IN**

(*E.g.*, https://www.sunbeltrentals.com/login/).



(*E.g.*, https://www.sunbeltrentals.com/).





(*E.g.*, https://www.sunbeltrentals.com/locations/).

(*E.g.*, https://www.sunbeltrentals.com/locations/).

46.     In at least testing and usage, the Accused Instrumentality practices serving, via the at least one server computer (*e.g.*, a sunbeltrentals.com server), the user's customized web page (*e.g.*, sunbeltrentals.com servers will be involved in serving a user's customized webpage by providing the generic template program and any content called in response to modifications made to the generic template program based upon a user's search parameters and account preferences).



(*E.g.*, https://web.archive.org/web/20160624002458/https://www.sunbeltrentals.com/).



(*E.g.*, https://www.sunbeltrentals.com/login/).



(*E.g.,* https://www.sunbeltrentals.com/ (for a particular user)).





(*E.g.,* https://www.sunbeltrentals.com/locations/ (for a particular user)).

47.     On information and belief, the Accused Instrumentality , in response to receiving a

subsequent request for the user's customized web page (*e.g.,* the receipt of a user's search initiation

and login) practices receiving, via the at least one server computer (*e.g.,* a sunbeltrentals.com

server) a template program (*e.g.,* code, instructions, etc. that are executed to create a user page) that is unique to the user from one of at least two locations, the location based upon a frequency of user requests for the customized page (*e.g.*, certain components of the webpage may be retrieved from local cache, CDN servers, or cookies, as opposed to a main server, if said components were kept in cache due to a user's frequent request for the same or similar page). In at least testing and usage, the Accused Instrumentality   practices receiving a template program (*e.g.*, software instructions and data used for rendering a particular user's search results page such as a JavaScript page) that is unique to the user (*e.g.*, JavaScript pages will be specific to a user because the content can be modified by and/or customized for a user (*e.g.,* after a user logs in, pages can display customized information such as a user's name, in addition to search results tied to a user's inputted preferences)) and based on user configuration information (*e.g.*, a user can customize the content of their templates and what will be rendered and displayed using said templates by entering information such as their location and by logging in to their account) the user configuration information being supplied by the user (*e.g.*, a user will have supplied their name and any other preferences tied to their account and will have input preferences applicable to a store search) and used to build the template program that is unique to the user (*e.g.*, user configuration information is used to modify templates, create instructions, and designate appropriate data retrieval for rendering the user's specific page) and wherein the template program is received from one of at least two locations (*e.g.*, the data and templates comprising a user's page  may be retrieved from a main server/disk storage or other sources such as local cache, CDN server, and cookies), the location determined from the frequency of the user request for the customized page (*e.g.*, based on the frequency at which a user logs in or accesses the sunbeltrentals.com page, the data comprising the users page may be stored at a main server or at other locations such as local cache, a CDN

server, or cookies). Webpage information can be stored in a JavaScript object that is used in logic to display various available stores, a user's name and other site logic-based conditions.   The template information is stored in multiple locations: (1) At runtime, in a JavaScript object with the data structure called Context Data; (2) Within browser local storage; and (3) browser cookies.



(*E.g.*, https://web.archive.org/web/20160624002458/https://www.sunbeltrentals.com/).



(*E.g.*, https://www.sunbeltrentals.com/login/).



(*E.g.*, https://www.sunbeltrentals.com/ (for a particular user)).





(*E.g.*, https://www.sunbeltrentals.com/locations/ (for a particular user)).

```
▼<div class="section_spacer">
  ▼<div class="row">
      ::before
    ▼<div class="columns text-center">
      ▼<div class="info">
          <h1 class="title">Find a Sunbelt Rentals Equipment Rentals Location</h1>
        ▼<div class="input-group-wrap">
          ▼<form action="#" class="input-group find-location-form" id="LocationsSearchBar" style=
          "background-color:#ffffff" novalidate="novalidate">
            ▼<div class="input-location-wrap">
              ▼<label>
                  <a id="LocationsNearMeButton" href="#" class="location-btn"> </a>
                  <input id="profitCenterMapSearch" type="text" class="input-group-field ui-autocomplete-
                  input" placeholder="Type an Address, State, City, Zip Code" value autocomplete="off"
                  aria-invalid="false">
                  <span role="status" aria-live="polite" class="ui-helper-hidden-accessible">No search
                  results.</span>
                </label>
              </div>
            ▶<div class="input-group-button">…</div>
            </form>
          </div>
```

User Input initially being stored in variables

(*E.g.*, https://www.sunbeltrentals.com/locations/ (for a particular user)).

```
{try{return new C.XMLHttpRequest}catch(e){}};var _t=
{0:200,1223:204},zt=S.ajaxSettings.xhr();y.cors=!!zt&&"withCredentials"in
zt,y.ajax=zt=!!zt,S.ajaxTransport(function(i){var
o,a;if(y.cors||zt&&!i.crossDomain)return{send:function(e,t){var
n,r=i.xhr();if(r.open(i.type,i.url,i.async,i.username,i.password),i.xhrFields)for(n in
i.xhrFields)r[n]=i.xhrFields[n];for(n in
i.mimeType&&r.overrideMimeType&&r.overrideMimeType(i.mimeType),i.crossDomain||e["X-
Requested-With"]||(e["X-Requested-
With"]="XMLHttpRequest"),e)r.setRequestHeader(n,e[n]);o=function(e){return function(){o&&
(o=a=r.onload=r.onerror=r.onabort=r.ontimeout=r.onreadystatechange=null,"abort"===e?
r.abort():"error"===e?"number"!=typeof r.status?
t(0,"error"):t(r.status,r.statusText):t(_t[r.status]||r.status,r.statusText,"text"!==
(r.responseType||"text")||"string"!=typeof r.responseText?{binary:r.response}:
{text:r.responseText},r.getAllResponseHeaders()))}},r.onload=o(),a=r.onerror=r.ontimeout=o("

t.call(e):u?t(e[0],n):o},_=/^-ms-/,z=/-([a-z])/g;function U(e,t){return
t.toUpperCase()}function X(e){return e.replace(_,"ms-").replace(z,U)}var V=function(e)
{return 1===e.nodeType||9===e.nodeType||!+e.nodeType};function G()
{this.expando=S.expando+G.uid++}G.uid=1,G.prototype={cache:function(e){var
t=e[this.expando];return t||(t={},V(e)&&(e.nodeType?
e[this.expando]=t:Object.defineProperty(e,this.expando,
{value:t,configurable:!0})),t},set:function(e,t,n){var
r,i=this.cache(e);if("string"==typeof t)i[X(t)]=n;else for(r in t)i[X(r)]=t[r];return
i},get:function(e,t){return void 0===t?this.cache(e):e[this.expando]&&e[this.expando]
[X(t)]},access:function(e,t,n){return void 0===t||t&&"string"==typeof t&&void 0===n?
this.get(e,t):(this.set(e,t,n),void 0!==n?n:t)},remove:function(e,t){var
n,r,e=this.expando];if(void 0!==r){if(void 0!==t){n=(t=Array.isArray(t)?t.map(X):(t=X(t))in
r?[t]:t.match(P)||[]).length;while(n--)delete r[t[n]]}(void 0===t||S.isEmptyObject(r))&&
```

(*E.g.*, https://code.jquery.com/jquery-3.5.1.min.js (for a particular user)).

```
/*! jquery.cookie v1.4.1 | MIT */
!function(a){"function"==typeof define&&define.amd?define(["jquery"],a):"object"==typeof
exports?a(require("jquery")):a(jQuery)}(function(a){function b(a){return h.raw?
a:encodeURIComponent(a)}function c(a){return h.raw?a:decodeURIComponent(a)}function d(a)
{return b(h.json?JSON.stringify(a):String(a))}function e(a){0===a.indexOf('"')&&
(a=a.slice(1,-1).replace(/\\"/g,'"').replace(/\\\\/g,"\\"));try{return
a=decodeURIComponent(a.replace(g," ")),h.json?JSON.parse(a):a}catch(b){}}function f(b,c){var
d=h.raw?b:e(b);return a.isFunction(c)?c(d):d}var g=/\+/g,h=a.cookie=function(e,g,i){if(void
0!==g&&!a.isFunction(g)){if(i=a.extend({},h.defaults,i),"number"==typeof i.expires){var
j=i.expires,k=i.expires=new Date;k.setTime(+k+864e5*j)}return document.cookie=
[b(e),"=",d(g),i.expires?"; expires="+i.expires.toUTCString():"",i.path?";
path="+i.path:"",i.domain?"; domain="+i.domain:"",i.secure?"; secure":""].join("")}for(var
l=e?void 0:{},m=document.cookie?document.cookie.split("; "):[],n=0,o=m.length;o>n;n++){var
p=m[n].split("="),q=c(p.shift()),r=p.join("=");if(e&&e===q){l=f(r,g);break}e||!void 0===
(r=f(r))||(l[q]=r)}return l};h.defaults={},a.removeCookie=function(b,c){return void
0===a.cookie(b)?!1:(a.cookie(b,"",a.extend({},c,{expires:-1})),!a.cookie(b))}});
```

(*E.g.*,   https://cdnjs.cloudflare.com/ajax/libs/jquery-cookie/1.4.1/jquery.cookie.min.js   (for   a

particular user)).

```
l(i.dataTypes[0])||!s["*"]&&l("*")}function $t(e,t){var n,r,i=S.ajaxSettings.flatOptions||
{};for(n in t)void 0!==t[n]&&((i[n]?e:r||(r={}))[n]=t[n]);return
r&&S.extend(!0,e,r),e}Wt.href=Tt.href,S.extend({active:0,lastModified:{},etag:
{},ajaxSettings:{url:Tt.href,type:"GET",isLocal:/^(?:about|app|app-storage|.+-
extension|file|res|widget):$/.test(Tt.protocol),global:!0,processData:!0,async:!0,contentTyp
e:"application/x-www-form-urlencoded; charset=UTF-8",accepts:
{"*":It,text:"text/plain",html:"text/html",xml:"application/xml,
text/xml",json:"application/json, text/javascript"},contents:
{xml:/\bxml\b/,html:/\bhtml/,json:/\bjson\b/},responseFields:
{xml:"responseXML",text:"responseText",json:"responseJSON"},converters:{"*
```

(*E.g.*, https://code.jquery.com/jquery-3.5.1.min.js (for a particular user)).

48.     On information and belief, the Accused Instrumentality  executes via the at least

one server computer (*e.g.*, a sunbeltrentals.com server) the user's template program (*e.g.*, a

template program is composed of instructions, code and data used to create a user webpage (*e.g.*,

after a user logs in, the pages displayed to the user will show the user's name); the

sunbeltrentals.com server provides a generic template that can be customized to a user,

additionally, sunbeltrentals.com servers will provide content that corresponds to a user's

request/preferences; thus, although the final webpage may be created on a user's computer via

their browser, sunbeltrentals.com servers are involved in the execution process of the template program used to create said webpage) to generate the user's customized web page (*e.g.,* store search results page displayed with other customized info such as a user's name), the user's customized web page including real-time information selected for the user's customized web page based on customization information unique to the user (*e.g.,* store availability information will be gathered based upon a user's search parameters) in response to the subsequent request based on the customization information unique to the user (*e.g.,* a web page displaying store results will be created and displayed based upon a user's inputted search parameters and can be further customized based on account preferences (*e.g.,* displaying a user's name based on their account login)). As shown below, sunbeltrentals.com uses an API and or script to gather store information from information sources in real time.



(*E.g.,* https://web.archive.org/web/20160624002458/https://www.sunbeltrentals.com/).

50

# SIGN IN

## EMAIL ADDRESS

Email Address

☐ Remember my email address.

## PASSWORD

Password

Did you forget your **password**?

**SIGN IN**

(*E.g.*, https://www.sunbeltrentals.com/login/).



(*E.g.*, https://www.sunbeltrentals.com/ (for a particular user)).





(*E.g.*, https://www.sunbeltrentals.com/locations/ (for a particular user)).



(*E.g.*, https://www.sunbeltrentals.com/locations/ (for a particular user)).

49.     On information and belief, the Accused Instrumentality, practices serving, via the at least one server computer (*e.g.*, a sunbeltrentals.com server), the user's customized web page (*e.g.*, sunbeltrentals.com servers will be involved in serving a user's customized webpage by providing the generic template program and any content called in response to modifications made to the generic template program based upon a user's preferences and account details).

52



(*E.g.*, https://web.archive.org/web/20160624002458/https://www.sunbeltrentals.com/).



(*E.g.*, https://www.sunbeltrentals.com/login/ (for a particular user)).



(*E.g.,* https://www.sunbeltrentals.com/ (for a particular user)).





(*E.g.,* https://www.sunbeltrentals.com/locations/ (for a particular user)).

50.     On information and belief, the Accused Instrumentality utilizes a template that further includes advertisement selection information for use in selecting one or more

advertisements for inclusion in the user's customized web page in addition to the real-time information. (*E.g.*, https://www.sunbeltrentals.com/about/privacy-policy/).

9. **Opting Out of Promotional E-mails**: If you decide for any reason that you no longer wish to receive e-mail information from us, you can unsubscribe from the Site's e-mail distribution list by clicking the "unsubscribe" link located at the bottom of each promotional e-mail. You can also opt out of receiving promotional materials by updating your preferences in your Command Center account online, or by notifying us by mail, telephone or e-mail at the address and number listed below:

Sunbelt Rentals

2341 Deerfield Drive
Fort Mill, SC 29715
(800)667-9328
customerservice@sunbeltrentals.com

We contract with service providers to serve or send advertisements on our behalf.  We work with these advertising service providers that collect information across various channels, including offline and online, for purposes of delivering more relevant advertising to you.  Our advertising providers may place or recognize a cookie on your computer, device, or directly in our emails and communications, and we may share Personal Information with them if you have submitted such information to us.  These service providers may link the anonymous information we share with them to the cookie stored on your browser or device and collect information such as your IP address, browser or operating system type and version, and demographic or purchase information.

We do not permit third parties to collect personal information through cookies or other tools on our Platforms concerning your online activities over time across different websites for the third parties' own purposes. Most web browsers automatically accept cookies but you can usually modify your browser settings to decline cookies but doing so may prevent you from accessing all functionality of the Platforms.

(*E.g.*, https://www.sunbeltrentals.com/about/privacy-policy/).

51.    Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '342 patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

52.     Digi Portal is asserting solely method claims and therefore no marking issue arises. Regardless, on information and belief, to the extent required, all marking requirements have been complied with.

## V.  <u>JURY DEMAND</u>

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.  <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.     Judgment that one or more claims of United States Patent No. 5,983,227 have been infringed, either literally and/or under the doctrine of equivalents, by Defendant;

b.     Judgment that one or more claims of United States Patent No. 9,626,342 have been infringed, either literally and/or under the doctrine of equivalents, by Defendant;

c.     Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

d.     Judgment that damages should be trebled as a result of Defendant's willful infringement;

e.     That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

f.     That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

April 26, 2022

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

CHONG LAW FIRM, P.A.

_/s/ Jimmy Chong_
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

*Attorneys for Plaintiff Digi Portal LLC*